JFP/USAO2013R00675

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

CLERK'S OFFICE
AT BALTIMORE

BY____ __ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER ___ELH-13-0567 |
| | * | |
| v. | * | (Maintaining Drug-Involved Premises, |
| | * | 21 U.S.C. § 856; Aiding and Abetting, 18 |
| TIMOTHY ROME JACOBS, | * | U.S.C. § 2) |
| | * | |
| Defendant | * | |

********

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

On or about August 27, 2013, in the state and District of Maryland,

## TIMOTHY ROME JACOBS,

the defendant herein, did knowingly, intentionally, and unlawfully use and maintain the premises

at 3815 Cranston Avenue, Baltimore, Maryland, for the purpose of manufacturing, distributing

and using heroin, a Schedule I controlled substance.

21 U.S.C. § 856(a)(1)
18 U.S.C. § 2

_Rod J. Rosenstein_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: 10/17/13